**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRI THANH NGUYEN, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-cv-1866 |
| v. | (JUDGE CAPUTO) |
| FRANKLIN COUNTY and SHERIFF DANE ANTHONY, | (MAGISTRATE JUDGE BLEWITT) |
| Defendants. | |

## ORDER

**NOW** this 20th day of April, 2012, after consideration of Magistrate Judge Thomas M. Blewitt's Report and Recommendations in this matter (Doc. 43), **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 43) is **ADOPTED**;

2. Defendants' Motion for Summary Judgment (Doc. 26) is **GRANTED**; and

3. The Clerk of Court is directed to mark this matter **CLOSED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge